**ELECTRONIC RECORD**

1320-14
1321-14

COA # 05-12-01455-CR     OFFENSE: 36.06

STYLE: Bryan Baum v. The State of Texas    COUNTY: Rockwall

COA DISPOSITION: AFFIRM     TRIAL COURT: 382nd Judicial District Court

DATE: 8/20/2014     Publish: YES   TC CASE #: 2-12-213

---

**IN THE COURT OF CRIMINAL APPEALS** 1320-14
1321-14

STYLE: Bryan Baum v. The State of Texas     CCA #: _____

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 02/11/2015     SIGNED: _____     PC: _____

JUDGE: Per Curiam     PUBLISH: _____     DNP: _____

---------------------------

_____PRO SE_____ MOTION FOR
REHEARING IN CCA IS: denied
JUDGE: April 1, 2015

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

4/1/2015

BAUM, BRYAN

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.



Tr. Ct. No. 2-12-213          COA No. 05-12-01455-CR
                                           PD-1320-14

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *